1  THE WEISER LAW FIRM, P.C.
   KATHLEEN A. HERKENHOFF (168562)
2  12707 High Bluff Drive, Suite 200
   San Diego, CA 92130
3  Telephone: 858-794-1441
   Facsimile: 858-794-1450
4  kah@weiserlawfirm.com

5  Lead Counsel for Plaintiffs

6  [Additional counsel appear on signature page.]

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10  IN RE IXIA SHAREHOLDER          )  Master File No.
    DERIVATIVE LITIGATION           )  2:14-cv-03468-MMM-SH
11  _____  )
                                    )  NOTICE OF MOTION AND MOTION
12  This Document Relates To:       )  FOR PRELIMINARY APPROVAL OF
                                    )  PROPOSED SETTLEMENT
13            ALL ACTIONS.          )
                                    )  Date:     February 22, 2016
14  _____  )  Time:     10:00 a.m.
                                       Courtroom: 780
15                                     Judge: The Hon. Margaret M. Morrow

16

17

18

19

20

21

22

23

24

25

26

27

28

1  TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

2          PLEASE TAKE NOTICE that on February 22, 2016, at 10:00 a.m., or at such

3  other date and time as ordered by the Court, in Courtroom 780 of the United States

4  District Court for the Central District of California (the "District"), located in the

5  Edward R. Roybal Federal Building and United States Courthouse, 255 East Temple

6  Street, Los Angeles, California 90012, Plaintiffs in the above captioned shareholder

7  derivative action (the "Action") will appear before the Honorable Margaret M.

8  Morrow to move (the "Motion"), pursuant to Rule 23.1 of the Federal Rules of Civil

9  Procedure and Local Rule 7 of this District, for entry of an order granting preliminary

10 approval of a November 17, 2015 Stipulation and Agreement of Settlement (the

11 "Stipulation")[1] entered between and among the Parties to the Action.

12         The Motion seeks, *inter alia*, an order (the "Preliminary Approval Order")[2]: a)

13 granting preliminary approval of the settlement embodied within the Stipulation (the

14 "Settlement"); b) directing that notice of the Settlement (including the Fee Award

15 provision), be provided to Current Ixia Shareholders in substantially the form and

16 method agreed to by the Parties and as ordered by the Court; c) setting the deadline for

17 Current Ixia Shareholders to file and serve objections, if any, to the proposed

18 Settlement in a form and in the manner directed by the Court; and d) setting a date for

19 a hearing on a motion for final approval of the Settlement (the "Settlement Hearing").

20         The Motion is based on this Notice of Motion, the Memorandum of Points and

21 Authorities filed in support of the Motion, the Stecker Declaration filed in support of

22 the Motion, the pleadings, records, and papers on file in the Action, and such oral

23 argument of counsel that is presented in connection with the Motion.

24

25 [1] The Stipulation is filed as Exhibit A to the Declaration of Brett D. Stecker in Support of Motion for Preliminary Approval of Proposed Settlement ("Stecker Declaration"),

26 filed contemporaneously herewith. All capitalized terms herein, unless otherwise defined, have the same meaning as set forth in the Stipulation.

27 [2] The proposed Preliminary Approval Order is both filed with the Motion and attached

28 as Exhibit C to the Stipulation.

1         This Motion is brought pursuant to the terms of the Stipulation, and accordingly

2    counsel for all Parties have conferred over a period of several months concerning

3    Plaintiffs' filing of this Motion pursuant to Local Rule 7-3.

4    DATED:  November 18, 2015            Respectfully submitted,

5                           THE WEISER LAW FIRM, P.C.
                       KATHLEEN A. HERKENHOFF (168562)

6

7                             /s/ Kathleen A. Herkenhoff

8                           KATHLEEN A. HERKENHOFF

9                           12707 High Bluff Drive, Suite 200
                       San Diego, CA 92130

10                          Telephone: 858-794-1441
                       Facsimile:  858-794-1450

11                          kah@weiserlawfirm.com

12                          THE WEISER LAW FIRM, P.C.
                       ROBERT B. WEISER

13                          BRETT D. STECKER
                       JAMES M. FICARO

14                          22 Cassatt Avenue, First Floor
                       Berwyn, PA 19312

15                          Telephone:  (610) 225-2677
                       Facsimile:  (610) 408-8062

16

17                          KESSLER TOPAZ
                       MELTZER & CHECK, LLP

18                          ERIC L. ZAGAR
                       MATTHEW A. GOLDSTEIN

19                          280 King of Prussia Road
                       Radnor, PA 19087

20                          Telephone: (610) 667-7706
                       Facsimile: (267) 948-2512

21                          Lead Counsel for Plaintiffs

22                          ROSMAN & GERMAIN LLP
                       Daniel L. Germain (Bar No. 143334)

23                          16311 Ventura Boulevard, Suite 1200
                       Encino, CA  91436-2152

24                          Telephone: (818) 788-0877
                       Facsimile: (818) 788-0885

25

26                          Liaison Counsel for Plaintiffs

27

28

1

CERTIFICATE OF SERVICE

2          I hereby certify that on November 18, 2015, I authorized the electronic filing of

3  the foregoing with the Clerk of the Court using the CM/ECF system which will send

4  notification of such filing to the e-mail addresses denoted on the attached Electronic

5  Mail Notice List.

6          I certify under penalty of perjury under the laws of the United States of America

7  that the foregoing is true and correct.  Executed on November 18, 2015.

8

9                                          /S/ KATHLEEN A. HERKENHOFF
                                          KATHLEEN A. HERKENHOFF
10
                                          THE WEISER LAW FIRM, P.C.
11                                        12707 High Bluff Drive, Suite 200
                                          San Diego, CA 92130
12                                        Telephone: 858/794-1441
                                          Facsimile: 858/794-1450
13
                                          Email: kah@weiserlawfirm.com
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Mailing Information for a Case 2:14-cv-03468-MMM-SH Erie County Employee' Retirement System v. Victor Alston et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Benjamin B Au**
  au@caldwell-leslie.com,records@caldwell-leslie.com

- **Ronald J Bliss**
  ronald.bliss@bryancave.com

- **Julia Jill Bredrup**
  bredrup@caldwell-leslie.com,records@caldwell-leslie.com

- **Alexandra N Burgess**
  alexis.burgess@dbr.com,DOCKET_LA@dbr.com,rosa.gonzalez@dbr.com

- **Christopher G Caldwell**
  caldwell@caldwell-leslie.com, ,records@caldwell-leslie.com,hayes@caldwell-leslie.com

- **Bradley James Dugan**
  bdugan@sidley.com,laefilingnotice@sidley.com

- **Sheldon E Eisenberg**
  sheldon.eisenberg@dbr.com

- **Daniel L Germain**
  germain@lalawyer.com,attorneygermain@gmail.com

- **Kathleen Ann Herkenhoff**
  kah@weiserlawfirm.com,jmf@weiserlawfirm.com,jjc@weiserlawfirm.com,bds@weiserlawfirm.com,hl@weiserlawfirm.com

- **Erin E McCracken**
  erin.mccracken@dbr.com,liz.woodfork@dbr.com,docket_la@dbr.com

- **Courtney J Peterson**
  courtney.peterson@bryancave.com

- **Eric Rieder**
  erieder@bryancave.com

- **Adam J Thurston**
  adam.thurston@dbr.com,rosa.gonzales@dbr.com,DOCKET_LA@dbr.com

- **Eric L Zagar**
  ezagar@ktmc.com,cmcginnis@ktmc.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)